**Dismiss and Opinion Filed February 7, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01267-CV

### CADARREN SCROGGINS, Appellant
### V.
### LINDSEY AHRENS, Appellee

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-53918-2019**

# MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Evans
Opinion by Justice Nowell

The clerk's record in this case is past due. By letter dated December 17, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

191267F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CADARREN SCROGGINS, Appellant

No. 05-19-01267-CV      V.

LINDSEY AHRENS, Appellee

On Appeal from the 468th Judicial District Court, Collin County, Texas
Trial Court Cause No. 468-53918-2019.
Opinion delivered by Justice Nowell. Justices Partida-Kipness and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee LINDSEY AHRENS recover her costs of this appeal from appellant CADARREN SCROGGINS.

Judgment entered this 7th day of February, 2020.